UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 13-mj-06098 |
| ) | |
| FREDDY PENA, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF OUTSTANDING ARREST WARRANT
### PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, Rafael Jimenez, Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable Leo T. Sorokin, United States Chief Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Freddy Pena on an indictment filed in the Northern District of Georgia, charging the defendant with conspiracy to distribute and to posses with intent to distribute cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(ii). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Rafael Jimenez
Special Agent, FBI

Subscribed and sworn to before me this 12 day of September, 2013.

_____
Hon. Leo T. Sorokin
United States Chief Magistrate Judge

AO 442 (12/85) Warrant for Arrest          JUL 10'13 PM 3:32 USMS NGA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



UNITED STATES OF AMERICA,                    **WARRANT FOR ARREST**

vs.

FREDDY PENA                                  CASE NO. 1:13-CR-280

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest FREDDY PENA and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): POSSESSION W/I TO DISTRIBUTE CONTROLLED SUBSTANCES

in violation of Title 21, United States Code, Section(s) 841(a)(1)

JAMES N. HATTEN                              Clerk, U.S. District Court
Name of Issuing Officer                      Title of Issuing Officer

_[signature]_                                July 10, 2013 at Atlanta, Georgia
Signature of Issuing Officer                 Date and Location


Bail Fixed at $_____              By: _____
                                                  Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received: _____              _____
                                             Name and Title of Arresting Officer

Date of Arrest: _____             _____
                                             Signature of Arresting Officer